UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 8-3-20
```

UNITED STATES OF AMERICA,

v.

REGINALD SANDERS,

               Defendant.

No. 17-cr-456 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

      The Court is in receipt of the attached letter from Defendant Reginald Sanders, which it construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(1)(A), seeking compassionate release in light of COVID-19. Although Mr. Sanders states in his letter that his "health puts [him] at 'high risk' to get COVID-19," he has not identified any particular health issues that would place him at a greater risk. To the extent that Mr. Sanders is relying on specific health conditions, and would like the Court to consider any medical records to that effect, he shall submit such records and information to the Court. Mr. Sanders is further directed to advise the Court whether he has sought compassionate release from the BOP, and if so, when he made that request and whether he has received a response.

      The Clerk of Court is directed to mail a copy of this Order to Mr. Sanders.

SO ORDERED.

Dated:    August 3, 2020
              New York, New York

                                                          Ronnie Abrams
                                                          United States District Judge

Southern District
of
New York

Reginald Sanders
v.s.
United States of
America

Case no.
17. Cr. 456

Honorable
Ronnie Abrams

Pro se motion under "Cares Act"
Section 12003 of the Coronavirus Aid, Relief, and Economic Security Act, Pub. L. NO 116-136, 134 stat. 281 (2020), presently and temporarily provides for expanded prisoner home confinement.

I was sentence to 103 months of imprisonment. I have done 40 percent of my time at FCI Hazelton. My motion is based on crisis our country is going through. Concerned about my health and also contracting the virus while being incarcerated. Even though administration says that the virus is not in this facilty, which we really do not know because I don't think our medical staff is going through the proper steps to tell whether a person has symptoms of virus or not. I believe all they are protecting is staff. Also my concern is when it does hit this facilty, because there is only a matter of time before the infection spreads to this facility. My health puts me at "High Risk" to get Covid-19. I was given a sentence, not a death sentence. To add I've lost my dad on May 11, 2020 do the virus. I'm asking the courts to consider any relief in my case under the (Care act), or if can help me go throgh proper remedy to be granted home confinement for duration of my sentence. I'm schedule to be release 2024

Respectfully
Reginald Sanders
Fed Reg no. #78407-054
P.O. Box 5000
Bruceton Mills, W.V. 26525