USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 9-15-20

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

v.

REGINALD SANDERS,

Defendant.

No. 17-cr-456 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

On August 3, 2020, the Court ordered Defendant Reginald Sanders to submit records and information concerning any particular health issues that would place him at a greater risk in light of COVID-19.  Defendant has not done so.  If Defendant intends to submit any such information, he shall do so no later than October 9, 2020.  The Government's response to Defendant's motion for compassionate release shall be submitted no later than October 19, 2020.

The Clerk of Court is directed to mail a copy of this Order to Mr. Sanders.

SO ORDERED.

Dated:   September 15, 2020
         New York, New York

Ronnie Abrams
United States District Judge